**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1933-23

PENNYMAC LOAN
SERVICES, LLC,

      Plaintiff-Respondent,

v.

HEIDI ROONEY,

      Defendant-Appellant.

_____

Submitted November 6, 2024 – Decided November 12, 2024

Before Judges Firko and Bishop-Thompson.

On appeal from the Superior Court of New Jersey, Chancery Division, Mercer County, Docket No. F-009021-23.

Heidi Rooney, appellant pro se.

Blank Rome LLP, attorneys for respondent (Diana M. Eng and Thomas P. Cialino, of counsel and on the brief).

PER CURIAM

The parties have advised the court this matter has been amicably resolved and have stipulated to the dismissal of this appeal.  Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2                                                                      A-1933-23